AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and FRIENDS OF THE EARTH, <br> *Plaintiff(s)* <br> v. <br> NATIONAL MARINE FISHERIES SERVICE; EUGENIO PIÑEIRO SOLER, Assistant Administator; U.S. COAST GUARD; and ADMIRAL KEVIN E. LUNDAY, Acting Commandant, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:25-cv-09109 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

National Marine Fisheries Service
1315 East West Highway
Silver Spring, MD 20910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Catherine Kilduff
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                             _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and FRIENDS OF THE EARTH, <br> *Plaintiff(s)* <br> v. <br> NATIONAL MARINE FISHERIES SERVICE; EUGENIO PIÑEIRO SOLER, Assistant Administator; U.S. COAST GUARD; and ADMIRAL KEVIN E. LUNDAY, Acting Commandant, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:25-cv-09109 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Eugenio Piñeiro Soler, Assistant Administrator
> National Marine Fisheries Service
> 1315 East West Highway
> Silver Spring, MD 20910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Catherine Kilduff
> Center for Biological Diversity
> 2100 Franklin St., Suite 375
> Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and FRIENDS OF THE EARTH, <br> *Plaintiff(s)* <br> v. <br> NATIONAL MARINE FISHERIES SERVICE; EUGENIO PIÑEIRO SOLER, Assistant Administator; U.S. COAST GUARD; and ADMIRAL KEVIN E. LUNDAY, Acting Commandant, <br> *Defendant(s)* | Civil Action No. 4:25-cv-09109 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> U.S. Coast Guard
> 2703 Martin Luther King Jr. Ave SE
> Washington, D.C. 20593

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Catherine Kilduff
> Center for Biological Diversity
> 2100 Franklin St., Suite 375
> Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and FRIENDS OF THE EARTH, *Plaintiff(s)* v. NATIONAL MARINE FISHERIES SERVICE; EUGENIO PIÑEIRO SOLER, Assistant Administator; U.S. COAST GUARD; and ADMIRAL KEVIN E. LUNDAY, Acting Commandant, *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:25-cv-09109 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Admiral Kevin E. Lunday, Acting Commandant
> U.S. Coast Guard
> 2703 Martin Luther King Jr. Ave SE
> Washington, D.C. 20593

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Catherine Kilduff
> Center for Biological Diversity
> 2100 Franklin St., Suite 375
> Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and FRIENDS OF THE EARTH, <br> *Plaintiff(s)* <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; EUGENIO PIÑEIRO SOLER, Assistant Administator; U.S. COAST GUARD; and ADMIRAL KEVIN E. LUNDAY, Acting Commandant, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:25-cv-09109 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        U.S. Attorney General
        U.S. Department of Justice
        950 Pennsylvania Ave, NW
        Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Catherine Kilduff
        Center for Biological Diversity
        2100 Franklin St., Suite 375
        Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                       *CLERK OF COURT*

Date: _____         _____
                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and FRIENDS OF THE EARTH, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 4:25-cv-09109 |
| NATIONAL MARINE FISHERIES SERVICE; EUGENIO PIÑEIRO SOLER, Assistant Administator; U.S. COAST GUARD; and ADMIRAL KEVIN E. LUNDAY, Acting Commandant, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Civil Process Clerk
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Catherine Kilduff
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____                                      _____
*Signature of Clerk or Deputy Clerk*